IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 5:07CR50048-001 |
| | ) | |
| TRACY ALLEN JOHNSON | ) | |

ORDER

Now on this 16th day of July, 2007, the **Motion to Amend Indictment (Doc. 13)** filed on behalf of the United States of America is presented to the Court. After due consideration the court finds:

1. The indictment filed June 27, 2007, states the defendant was previously convicted in Washington County Circuit Court..

2. The court of conviction should have been Benton County Circuit Court.

3. The name of the court set forth in the indictment is a matter of form and not substance. Misnomers generally are mistakes of form that may be corrected by amending the indictment. See United States v. Mason, 869 F.2d 414, 417 (8th Cir. 1989). Also, a finding of prejudice to the defendant must be present before an amendment is held impermissible. United States v. Burnett, 582 F.2d 436, 438 (8th Cir. 1976); and, United States v. Krall, 835 F.2d 711, 715 (8th Cir. 1987).

IT IS THEREFORE ORDERED, that the **Motion to Amend Indictment (Doc. 13)** filed by the United States of America should be and hereby is **GRANTED**.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE